

FILED by ____ D.C.
ELECTRONIC

**Sept. 30, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 09-81458-Civ-MARRA/JOHNSON

NUTRAMEDICS, INC., a Florida
Corporation, d/b/a Adrenal Fatigue
Institute, Inc.,

      Plaintiff,

v.

BLACKSTONE NUTRITION, INC., a
Utah Corporation, DEVORE
CONSULTING INC., a Utah
Corporation, GARRETT DeVORE,
individually, and STEPHEN B. DeVORE,
individually,

      Defendants.

_____/

## **COMPLAINT**

    Plaintiff, NUTRAMEDICS, INC., a Florida Corporation, by and through its

undersigned counsel sues the Defendants, Blackstone Nutrition, Inc., Devore Consulting

Inc., Garrett Devore, and Stephen B. Devore, and alleges as follows:

### **NATURE OF ACTION**

    1.    This is an action for damages and injunctive relief necessitated by

the Defendants' deceptive and unlawful Internet marketing schemes in the weight loss

supplements industry. In short, the Defendants use unlawful advertising on internet

search engines to elevate self-proclaimed, unbiased "product review" websites to top

search engine results positions. The supposed unbiased "product review" websites are

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060   Facsimile: 954-761-8135

1 of 40

carefully designed to mislead consumers searching the internet for reliable information about weight loss supplements. In reality, the "reviews" are ficticious and biased, and the websites are nothing more than unlawful competition to generate higher sales for the Defendants' competing products through a host of other websites.

2.      Defendants have also purchased keyword advertisements using NutraMedics' CYLAPRIL mark as a keyword on various search engines including, but not limited to, Google and Yahoo!. As a result, when a consumer conducts Internet research for CYLAPRIL on a search engine, the Defendants' advertisements are displayed. The Defendants' advertisements capture the consumers' attention with inflammatory language like "warning" and "scam" prominently displayed in the Internet search results. Using the false promise of an unbiased review website, Defendants lure consumers who are looking for NutraMedic's CYLAPRIL product to the Defendants' various other websites. The Defendants' fake "product review" websites, in turn, sell Defendants' own products, which are supposedly "top-rated."

3.      NutraMedics seeks compensatory and exemplary damages in excess of $75,000.00, punitive damages, attorney's fees and costs, and injunctive relief.

## PARTIES

4.      Plaintiff, NutraMedics, Inc., d/b/a Adrenal Fatigue Institute, Inc. ("NutraMedics"), is a Florida corporation having its principal place of business in Palm Beach County, Florida.

2
BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

2 of 40

5.     Upon information and belief, Defendant Blackstone Nutrition Inc. ("Blackstone") is a corporation organized under the laws of the State of Utah, with a principal place of business at 1627 North Mountain Oaks Drive, Orem, Utah.

6.     Upon information and belief, Defendant Devore Consulting Inc. ("Devore Consulting") is a corporation organized under the laws of the State of Utah, with a principal place of business at 2098N 10 E, Pleasant Grove, Utah 84062.

7.     Upon information and belief, Defendant Garrett DeVore is an individual residing in Utah. Defendant Garrett DeVore is the founder, principal, incorporator and registered agent of Blackstone.

8.     Upon information and belief, Defendant Garrett DeVore, either as an individual or as a principal of Blackstone, owns and operates the interactive websites that are the subject of this action.

9.     Upon information and belief, Defendant Garrett DeVore personally directed and was a primary actor in activities that are the subject of this action.

10.     Upon information and belief, Defendant Stephen B. DeVore, either as an individual or as a principal of Devore Consulting, owns and operates the interactive websites that are the subject of this action.

11.     Upon information and belief, Defendant Stephen B. DeVore personally directed and was a primary actor in activities that are the subject of this action.

12.     Upon information and belief, the activities conducted at <fatburner.net>, and Defendants' related websites, were conducted for the benefit of and with the

3
BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

3 of 40

knowledge and consent of the individual Defendants Steven DeVore and Garrett DeVore, and these individuals exercised control over Defendants Blackstone and Devore Consulting in the matters that give rise to this Complaint.

13.     Defendants have engaged in trademark infringement by initial interest confusion, trade libel defamation and commercial disparagement of NutraMedics to generate revenue from advertising on its interactive websites.

## JURISDICTION

14.     This is an action for initial interest confusion in violation of the Lanham Act, Title 15 U.S.C. 1125(a). This Court is vested with jurisdiction of the parties and the subject matter of the action under 15 U.S.C. § 1121, 28 U.S.C. § 1338, and supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

15.     This Court also has original jurisdiction pursuant to 28 U.S.C. § 1332, because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

16.     This Court has personal jurisdiction over Defendants because they have sufficient minimum contact with this State and maintenance of the suit in this Court does not offend traditional notions of fair play and substantial justice. More specifically, Defendants operate an interactive website that markets services and products in the State of Florida.     Those services and products are the precise subject of NutraMedic's allegations set forth herein.

17.     This Court has pendant jurisdiction over all of the claims asserted herein,

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060     Facsimile: 954-761-8135

these claims being necessarily determinable together with the federal claims.

18.     This Court has jurisdiction over Defendants because, upon information and belief, they conduct business within the State of Florida and engage in systematic and continuous contacts with the State of Florida.

19.     Venue is proper pursuant to 28 U.S.C. § 1391 because Defendants are subject to personal jurisdiction in this Court and no other more appropriate Court exists in which this action may be brought and be as convenient to the parties.

20.     Defendants have disparaged NutraMedics (and its products), have caused initial interest confusion regarding NutraMedics' trademarks, and engaged in other wrongful conduct.

21.     NutraMedics has been injured in this State by the Defendants' conduct and has suffered damages resulting therefrom.

## FACTUAL BACKGROUND

22.     This action involves initial interest confusion through keyword advertisements purchased by Defendants on various Internet search engines including, Google and Yahoo!, and defamatory statements made by Defendants on Internet search engines and the website located at <fatburner.net> to sell Defendants' products to NutraMedics' detriment and expense.

5
BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

5 of 40

23.    NutraMedics is a leading manufacturer, distributor and retailer of premium nutritional supplements for health and fitness purposes.  NutraMedics is famous for its excellence and quality in the field of nutritional supplements.

24.    NutraMedics advertises its products widely and makes them available through its various websites.

25.    CYLAPRIL, a nutritional supplement used to improve weight loss, energy, and mood, is one of NutraMedic's most popular nutritional supplement products.

26.    CYLAPRIL is known throughout the United States, if not the entire world, for the highest quality, consistency, and efficacy.

27.    NutraMedics has exclusively sold millions of dollars of CYLAPRIL brand product in 2009 alone, much of it through its website at <cylapril.com>.

28.    As a result of NutraMedics' extensive use, the CYLAPRIL brand has a strong Internet presence that is responsible for a significant portion of the sales of CYLAPRIL brand nutritional supplements. As a result of this effort, goodwill and the expanding reputation of the mark, customers and others in the marketplace recognize the CYLAPRIL mark as an indication of the high quality of products offered by NutraMedics.

29.    Because NutraMedics' marketing of CYLAPRIL is largely Internet-driven, a key component of NutraMedics' ability to remain dominant in the marketplace is consumers' ability to seek and obtain accurate information about CYLAPRIL using search tools such as Internet search engines.

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

## Defendants' Identity

30.     Defendants, acting in concert, operate various websites to market products online, including weight loss products that are in direct competition with NutraMedics' products.

31.     Defendants, acting in concert, also operate and control the Internet domain name <fatburner.net> and transact business through an interactive website located principally at that uniform resource locator.

32.     The website located at <fatburner.net> was registered surreptitiously by proxy in order to hide the Defendants' identities. A true and accurate copy of a "WhoIS" search for the domain name <fatburner.net> is attached as **Exhibit 1.0-1.3** to this Complaint.

34.     Defendants use the interactive website <fatburner.net> and Defendants' related websites, to solicit business in Florida and to effect commercial transactions with customers, including customers in Florida. Upon information and belief, through the <fatburner.net> website and others, the Defendants have transacted business in Florida, have entered into contracts to supply goods in Florida.

35.     Upon information and belief, Defendants have also delivered a substantial volume of goods in Florida and have derived substantial revenue from Florida consumers.

36.     Upon information and belief, the activities conducted at <fatburner.net>, and Defendants' related websites, were conducted for the benefit of and with the

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

knowledge, and consent and direction of the individual Defendants Steven DeVore and Garrett DeVore. Steven DeVore and Garrett DeVore exercised control over Defendant Blackstone in the matters that give rise to this Complaint.

<u>**Defendants' Wrongful Conduct on Search Engines**</u>

37.    In many cases, customers and prospective customers seeking to purchase or learn about CYLAPRIL products perform searches for "cylapril" on various Internet search engines, including Google, Bing, and Yahoo!.

38.    Defendants have paid for prominent advertising locations above and adjacent to actual search results on Internet search engines. By way of example, true and accurate print-out of an Internet keyword search on Google for CYLAPRIL is provided as **Exhibit 2.0-2.2** to this Complaint.

39.    Presently, an Internet search for CYLAPRIL, results in Defendants' bogus <fatburner.net> review site being listed as the highest Google "sponsored link" advertisement—even above the official CYLAPRIL website. See **Exhibit 2.0** to this Complaint.

40.    The Defendants splash their keyword advertisements with misleading statements such as "**Cylapril** Warning" and "The Truth About **Cylapril** 2009's Top Fat Burners Reviewed." See **Exhibit 2.0** to this Complaint.

41.    As a result, customers and prospective customers searching for CYLAPRIL products on the Internet search engines are misdirected from Plaintiff's website to the Defendants' <fatburner.net> website.

8
BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

8 of 40

42.    The prominently displayed keyword advertisements significantly affect sales and the reputation of NutraMedics and the CYLAPRIL brand.

### Defendants' Wrongful Conduct on Third Party Websites

43.    Upon information and belief, Defendants planted defamatory statements about the CYLAPRIL brand on various so-called gripe websites.  Examples of gripe websites include <ripoffreport.com> and <complaintsboard.com>.    Links to such defamatory statements are repeated on Defendants' website <fatburner.net>.  By way of example, true and accurate screen shots of the defamatory statements published on Defendants' <fatburner.net> website are provided as **Exhibit 3.2** to this Complaint.

44.    The Defamatory statements planted by Defendants are intended to artificially elevate gripe websites to high search results rankings.  As a result, these gripe sites displace positive commentary about CYLAPRIL on search engine results pages.  See **Exhibit 2.0-2.2** to this Complaint.

45.    The Defendants' planted defamatory statements about CYLAPRIL likewise significantly affect the sales and the reputation of NutraMedics and the CYLAPRIL brand.

### Defendants' Wrongful Conduct On Its Website

46.    Upon seeing the misleading statements in sponsored advertisements, customers and prospective customers are lured to Defendants' website <fatburner.net>.

47.    Once a customer or prospective customer of NutraMedics enters the Defendants' <fatburner.net> website, they are further misled by a ficticious ranking

9

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

9 of 40

system that supposedly rates all products not sold by Defendants' as inferior.

48. Defendants fictitiously implement a five-star "rating" system across a number of criteria. On the Defendants' website, the Defendants' misleadingly assign 1 and 2 star ratings (indicating an inferior product) for CYLAPRIL for all the criteria. By way of example, a true and accurate print-out of the fake ratings is provided as **Exhibit 3.0-3.1** to this Complaint. Although the print-outs in black and white of **Exhibit 3.0-3.1** make the yellow stars difficult to perceive, the bright yellow stars of color <fatburner.net> website itself illustrates the inferior rankings unmistakably. See <fatburner.net/cylapril>.

49. Defendants provide videos that further create a misleading impression of impartiality in customers or prospective customers of CYLAPRIL.

50. Defendants further mislead customers or prospective customers of CYLAPRIL by prominently placing supposed "Top Rated Fat Burners" adjacent the CYLAPRIL "review." See **Exhibit 3.0** to this Complaint.

51. The ficticious "Top Rated Fat Burners" include Apidexin, Fenphedra, and DecaSlim. All of these are assigned/alleged full four and five star ratings and, of course, links which are provided to product purchase websites. See **Exhibit 3.0-3.1** to this Complaint.

52. Upon information and belief, the websites selling Apidexin, Fenphedra, and DecaSlim are controlled by Defendants.

53. No other products purportedly reviewed on the <fatburner.net> website

10
BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060     Facsimile: 954-761-8135

10 of 40

include links to product purchase websites.

54.     As a result of Defendants' actions, customers and prospective customers utilizing a search engine are directed away from purchasing CYLAPRIL and ultimately misled to Defendants' websites where Defendants' consummate sales of the Defendants' products.

### Damages Suffered by NutraMedics

55.     The foregoing wrongful conduct has caused NutraMedics damages including, but not limited to, harmed reputation, lost business and sales, lost customers, lost revenue, and lost goodwill.

56.     Upon information and belief, Defendants intend to continue their wrongful conduct and to severely harm the goodwill associated with CYLAPRIL in order to increase sales of Defendants' products.

### COUNT ONE:
### INITIAL INTEREST CONFUSION UNDER THE LANHAM ACT

57.     NutraMedics hereby incorporates by reference paragraphs 1 through 56 above as though fully set forth herein.

58.     CYLAPRIL is a valid, protectable, famous trademark.

59.     NutraMedics owns all right, title, interest, and the goodwill associated with the CYLAPRIL mark.

60.     By using the CYLAPRIL mark in both its keyword advertising purchases associated with the websites owned by the Defendants, Defendants have wrongfully used

the CYLAPRIL trademark without the consent of NutraMedics in a manner calculated to capture initial consumer attention and to direct such attention to the Defendants' site at the expense of viewers looking for CYLAPRIL products.

61.    Defendants' unlawful acts have been willful, deliberate, intended to benefit Defendants at NutraMedics' expense and made in bad faith.

62.    Defendants' actions create initial interest confusion in violation of NutraMedic's rights under the Lanham Act 15 U.S.C. §1114 and the common law of the state of Florida.

63.    As a direct and proximate result of Defendants' improper conduct, Nutramedics has suffered damages including, but not limited to: loss of good will, lost profits.

WHEREFORE, NutraMedics accordingly and respectfully prays for judgment against DEFENDANTS as follows:

    a)  That NutraMedics be awarded compensatory damages and lost profits in an amount to be determined at trial;

    b)  That NutraMedics be awarded punitive damages in an amount to be determined at trial;

    c)  That NutraMedics be awarded its attorney's fees and costs in this action;

    d)  That the Court enter judgment in favor of NutraMedics according to the equitable and injunctive relief sought; and,

12

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

12 of 40

e) That NutraMedics be awarded any such other and further relief as this Court may deem just and proper or to which NutraMedics may be entitled as a matter of law or equity.

### COUNT TWO:
### FEDERAL AND COMMON LAW TRADE LIBEL

64.    NutraMedics hereby incorporates by reference paragraphs 1 through 56 above as though fully set forth herein.

65.    Defendants have knowingly published communications concerning CYLAPRIL products to third parties and through various communications media that contained false and defamatory statements.

66.    Specifically, these false and defamatory statements have claimed that NutraMedics' products are deficient, of a low quality or ineffective, and that NutraMedics engages in fraudulent practices.

67.    Persons other than NutraMedics and Defendants have and will understand that these defamatory statements were about NutraMedics and the CYLAPRIL brand.

68.    Defendants' publication of the defamatory statements about CYLAPRIL brand are in direct connection with its commercial advertising of its competing products, which inure to Defendants' sole benefit.  Moreover, Defendants' publication of these defamatory statements misrepresents the nature, characteristics or qualities of CYLAPRIL products thereby harming the public perception of the CYLAPRIL product and NutraMedics.

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

69.    Defendants' unlawful acts have been willful, deliberate, intended to benefit Defendants at NutraMedics' expense and made in bad faith.

70.    Publication of the defamatory statements violates NutraMedics' rights under the Lanham Act 15 U.S.C. §1125(a) and the common law of the state of Florida.

71.    As a result of Defendants' wrongful conduct, NutraMedics has suffered and continues to suffer damages including, but not limited to, harmed reputation, diminished employee morale, lost productivity, lost profits and lost goodwill associated with the CYLAPRIL mark.

72.    In addition, as a result of Defendants' wrongful conduct, NutraMedics has suffered actual damages including, but not limited to, out-of-pocket costs associated with dealing with the defamatory statements as well as lost sales and profits.

WHEREFORE, NutraMedics accordingly and respectfully prays for judgment against DEFENDANTS as follows:

a)    NutraMedics be awarded compensatory damages in an amount to be determined at trial;

b)    NutraMedics be awarded punitive damages in an amount to be determined at trial;

c)    That NutraMedics be awarded its attorney's fees and costs in this action;

d)    That the Court enter judgment in favor of NutraMedics according to the

14
BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

14 of 40

equitable and injunctive relief sought; and,

e)    That NutraMedics be awarded any such other and further relief as this Court may deem just and proper or to which NutraMedics may be entitled as a matter of law or equity.

## COUNT THREE:
## DEFAMATION *PER SE*

73.    NutraMedics hereby incorporates by reference paragraphs 1 through 56 above as though fully set forth herein.

74.    Defendants' have published communications concerning NutraMedics and CYLAPRIL to third parties and through various communications media that contained false and defamatory statements.

75.    The *per se* defamatory statements allege that NutraMedics has engaged in fraud and theft, and in particular, credit card fraud.

76.    These *per se* defamatory statements accuse NutraMedics of engaging in illegal activity including, but not limited to, fraud and theft.

77.    Defendants publish these defamatory statements regardless of the falsity of the statements.

78.    These *per se* defamatory statements accuse NutraMedics of engaging in unethical conduct.

79.    These *per se* defamatory statements impute an inability or lack of integrity in the discharge of NutraMedics' business operations.

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060   Facsimile: 954-761-8135

80.    These *per se* defamatory statements impute a lack of ability in NutraMedics's trade.

81.    Persons other than NutraMedics and Defendants have and will understand that the defamatory statements were about NutraMedics and that the defamatory statements relate to it, its business, its products, and its business practices.

82.    Defendants published the *per se* defamatory statements with actual malice knowing the falsity of the statements and their inferences, implications, and innuendo; knowing the impact that the statements would have on NutraMedics and the goodwill associated with the CYLAPRIL trademark; knowing the harm that would occur to NutraMedics and the goodwill associated with the CYLAPRIL trademark; and, intending to cause NutraMedics and the CYLAPRIL brand such harm.

83.    The *per se* defamatory statements constituted unprivileged publication of the defamatory statements by Defendants to third parties.

84.    As a result of Defendants' conduct and the publication of the *per se* defamatory statements, NutraMedics has suffered and continues to suffer damages including, but not limited to, harmed reputation, diminished employee morale, lost productivity, and lost goodwill.

85.    As a result of Defendants' conduct and the publication of the *per se* defamatory statements, NutraMedics has suffered actual damages including, but not limited to, out-of-pocket costs associated with dealing with the *per se* defamatory statements as well as lost sales and profits.

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060   Facsimile: 954-761-8135

86.     The *per se* defamatory statements have prejudiced NutraMedics in its business and trade.

WHEREFORE, NutraMedics accordingly and respectfully prays for judgment against DEFENDANTS as follows:

a)  That NutraMedics be awarded compensatory damages in an amount to be determined at trial;

b)  That NutraMedics be awarded punitive damages in an amount to be determined at trial;

c)  That NutraMedics be awarded its attorney's fees and costs in this action;

d)  That the Court enter judgment in favor of NutraMedics according to the equitable and injunctive relief sought; and,

f)  That NutraMedics be awarded any such other and further relief as this Court may deem just and proper or to which NutraMedics may be entitled as a matter of law or equity.

## COUNT FOUR:
## COMMERCIAL DISPARAGEMENT

87.     NutraMedics hereby incorporates by reference paragraphs 1 through 56 above as though fully set forth herein.

88.     The publication of the *per se* defamatory statements constitute commercial disparagement against NutraMedics and its products.

89.     The publication of the *per se* defamatory statements have falsely disparaged

17
BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060     Facsimile: 954-761-8135

17 of 40

the quality of the products sold by NutraMedics, including CYLAPRIL.

90.     Defendants' unlawful acts have been willful, deliberate, intended to benefit

Defendants at NutraMedics' expense and made in bad faith.

91.     As a result of Defendants' conduct and the commercial disparagement of

NutraMedics's products, NutraMedics suffered and continues to suffer damages

including, but not limited to, harmed reputation, diminished employee morale, lost

productivity, lost customers, and lost goodwill.

92.     As a result of Defendants' conduct and the commercial disparagement of

NutraMedics' products, NutraMedics has suffered actual damages including, but not

limited to, out-of-pocket costs associated with dealing with the False Communications as

well as lost sales and profits.

93.     The false communications have prejudiced NutraMedics in its business and

trade.

94.     NutraMedics seeks recovery of compensatory damages for injuries caused

by Defendants' commercial disparagement.

WHEREFORE, NutraMedics accordingly and respectfully prays for judgment against
DEFENDANTS as follows:

a)     That NutraMedics be awarded compensatory damages in an amount to
be determined at trial;

b)     That NutraMedics be awarded punitive damages in an amount to be

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060     Facsimile: 954-761-8135

determined at trial;

c)   That NutraMedics be awarded its attorney's fees and costs in this action;

d)   That the Court enter judgment in favor of NutraMedics according to the equitable and injunctive relief sought; and,

f)   That NutraMedics be awarded any such other and further relief as this Court may deem just and proper or to which NutraMedics may be entitled as a matter of law or equity.

## COUNT FIVE:
## TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS

95.   NutraMedics hereby incorporates by reference paragraphs 1 through 56 above as though fully set forth herein.

96.   NutraMedics had business or prospective business relationships with its customers and prospective customers, and Defendants knew of those relationships.

97.   Through Defendants' improper websites and Infringing Content, Defendants intentionally interfered with those business relationships.

98.   Defendants' acts were conducted for a wrongful purpose and/or Defendants utilized dishonest, unfair, or improper means.

99.   Defendants' acts injured NutraMedics' business or prospective business relationships and NutraMedics has been harmed due to Defendants' interference.

19
BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060   Facsimile: 954-761-8135

19 of 40

WHEREFORE, NutraMedics accordingly and respectfully prays for judgment against DEFENDANTS as follows:

a)    That NutraMedics be awarded compensatory damages in an amount to be determined at trial;

b)    That NutraMedics be awarded punitive damages in an amount to be determined at trial;

c)    That NutraMedics be awarded its attorney's fees and costs in this action;

d)    That the Court enter judgment in favor of NutraMedics according to the equitable and injunctive relief sought; and,

e)    That NutraMedics be awarded any such other and further relief as this Court may deem just and proper or to which NutraMedics may be entitled as a matter of law or equity.

## COUNT SIX:
## CIVIL CONSPIRACY

100.   NutraMedics repeats each and every allegation contained in paragraphs 1 through 56 as though they were set forth at length herein.

101.   Defendants, through their defamatory statements and tortious conduct, have engaged in a civil conspiracy to harm NutraMedics.

102.   Defendants reached an agreement between each other to use the defamatory statements and tortious conduct to harm NutraMedics and to compete unfairly with NutraMedics.

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

103.    By making the purchasing keyword advertisements incorporating NutraMedics' trademarks, Defendants committed overt acts in furtherance of their agreement.

104.    Each Defendant intentionally participated in the furtherance of their plan or purpose.

105.    As a result, Defendants' unlawful acts have caused harm to NutraMedics and NutraMedics has suffered damages.

WHEREFORE, NutraMedics accordingly and respectfully prays for judgment against DEFENDANTS as follows:

a)    That NutraMedics be awarded compensatory damages in an amount to be determined at trial;

b)    That NutraMedics be awarded punitive damages in an amount to be determined at trial;

c)    That NutraMedics be awarded its attorney's fees and costs in this action;

d)    That the Court enter judgment in favor of NutraMedics according to the equitable and injunctive relief sought; and,

e)    That NutraMedics be awarded any such other and further relief as this Court may deem just and proper or to which NutraMedics may be entitled as a matter of law or equity.

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

## COUNT SEVEN:
## INJUNCTIVE RELIEF

106.     NutraMedics hereby incorporates by reference paragraphs 1 through 56 above as though fully set forth herein.

107.     NutraMedics possesses a clearly ascertainable right or protectable interest to develop, continue, and maintain business relations with both existing customers and prospective consumers without being hindered by trademark infringement comprising initial interest confusion, trade libel, defamation, and commercial disparagement.

108.     NutraMedics has suffered and will continue to suffer irreparable harm if this Court does not enjoin the Defendants because NutraMedics's ongoing business operations will be disrupted if the Defendants continue to engage in their tortious conduct.

109.     NutraMedics will suffer irreparable harm in the absence of injunctive relief. In contrast, the Defendants will suffer no harm because the Defendants have no legal rights to intentionally and tortiously interfere with NutraMedics' business relations or engage in other deceptive and unlawful trade practices.

110.     The Lanham Act provides for injunctive relief.

111.     There is a strong likelihood of NutraMedics of success on the merits of its claims.

112.     Defendant has tortiously violated NutraMedics' trademark rights under the Lanham Act and disparaged NutraMedics' and its products.

113.     Mere compensation at law can only possibly provide NutraMedics with

BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

compensation for injuries up to the present.

114.    It remains difficult if not impossible to calculate the damages arising from the Defendants' wrongful conduct.

115.    NutraMedics, therefore, has an inadequate remedy at law.

116.    The public interest will not be harmed if an injunction is granted.

117.    NutraMedics seeks a temporary and permanent injunction enjoining Defendants from wrongfully directing any consumers or prospective consumers away from NutraMedics's products by communicating statements known to be false through highlighted search engine results and its webpages.

WHEREFORE, NutraMedics accordingly and respectfully prays for judgment against DEFENDANTS as follows:

a) That the Court enter judgment in favor of NutraMedics according to the equitable and injunctive relief sought; and,

b) That NutraMedics be awarded any such other and further relief as this Court may deem just and proper or to which NutraMedics may be entitled as a matter of law or equity.

23
BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060   Facsimile: 954-761-8135

23 of 40

## DEMAND FOR JURY TRIAL

NutraMedics demand trial by jury on all matters so triable before a Jury.

Dated: September 30th, 2009.

ADAM RABINOWITZ
Florida Bar No.177962
**BROAD AND CASSEL**
100 S.E. 3rd Ave., Suite 2700
Fort Lauderdale, FL 33394
Telephone (954) 764-7060
Facsimile (954) 761-8135
*Attorneys for Plaintiff*

24
BROAD and CASSEL
One Financial Plaza, Suite 2700, Fort Lauderdale, FL 33394
Telephone: 954-764-7060    Facsimile: 954-761-8135

# EXHIBIT 1

WhoIs Search Results                                          Page 1 of 3

*Live 24/7 Sales & Support (480)505-8877*          Create Account   Log in to Account:   Username/Customer #

**Go Daddy.com**
The web
is your Domain!®

| Home | Auctions | Marketplace | Me |

Domains    Hosting    Email    Site Builders    Business    SSL Certi

Show All My Products                                          **FATBU**

### Check to add these alternate *FATBURNER* domain names.

☐ .CC $19.99/yr

#29: Want to build a HOT business?
5 steps that get YOU there.
How they worked for me.
"Great and informative video!" - Simon

### Check to add these similar *FATBURNER.NET* domain names.

| | | |
|---|---|---|
| ☐ MYFATBURNER.NET | $8.99*/yr SAVE! | ☐ FREEFATBURNER.NET... | $8 |
| ☐ SITEFATBURNER.NET... | $8.99*/yr SAVE! | ☐ ...ONLINE.NET | $8 |
| ☐ ...STORE.NET | $8.99*/yr SAVE! | ☐ STOREFATBURNER.NE... | $8 |
| ☐ NOWFATBURNER.NET | $8.99*/yr SAVE! | ☐ ...BLOG.NET | $8 |

SAVE at
your favorite
stores!
NETWORK

**$1.99\* DOMAINS**

No quantity limit! With every
new, non-domain product you buy**

### Check to add these Premium domain names. [?]

| | |
|---|---|
| ☐ FatBurnerOnline.com  $1,788.00 | ☐ BurnerControl.com  $1,788.00 |
| ☐ FurnaceBurner.com  $4,888.00 | ☐ SosBurner.com  $480.00 |

**ADD TO CART**

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registra

**Exhibit 1.0**

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prio
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: FATBURNER.NET
Created on: 21-Apr-03
Expires on: 21-Apr-12
Last Updated on: 21-Jan-09

Administrative Contact:
Private, Registration FATBURNER.NET@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Technical Contact:
Private, Registration FATBURNER.NET@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Domain servers in listed order:
NS.INMOTIONHOSTING.COM
NS2.INMOTIONHOSTING.COM


Registry Status: ok


See Underlying Registry Data
Report Invalid Whois

**Exhibit 1.1**

| **Help and Support** | **Account Manager** | **Shopping** | **Resources** | At |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | * Offer Disclaimers | WHOIS search | Ca |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Se |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Cc |

WhoIs Search Results                                                      Page 3 of 3

| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | Ne |
| User's Guides | Customer Information | View Shopping Cart | Connect with Us | Cu |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | Wl |
| Test Our Products | Create Account | Go Daddy Mobile | Site Map | Vie |
| | | Today's Offers | Radio Go Daddy® | Le |
| | | Go Daddy Marketplace® | | Mε |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US dor

Copyright © 1999 – 2009 GoDaddy.com, Inc. All rights reserved.



**Exhibit 1.2**

https://who.godaddy.com/WhoIs.aspx?domain=fatburner.net&prog_id=godaddy                    9/29/2009

# EXHIBIT 2

cylapril - Google Search                                                 Page 1 of 2

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                    Search settings | Sign in

## Google  | cylapril |   Search   Advanced Search

Web . Show options...

Spon

**Cylapril** Warning
FatBurner.net/**Cylapril**        The Truth About **Cylapril** 2009's Top Fat Burners Reviewed

**Buy Cylapril - $34.95**
www.NutraPlanet.com/**Cylapril**        Save an Extra 42% on **Cylapril**. Free ChromAcai with Every Purchase!

**Cylapril** on Sale $31.50
www.vitadigest.com        Save on Popular Weight Loss Product Free Shipping with Every Purchase

**Cylapril**
Free copy of "Adrenal Fatigue – Don't let it keep you from Losing Weight & Enjoying Life";
**Cylapril**™ Adrenal Fatigue and Stress & Energy Revitalizing ...
www.**cylapril**.com/ - Cached - Similar

**Cylapril Review | Get the Truth About Cylapril**
Read a review of **Cylapril**, including summary, pluses/minuses, ingredients & more.
Detailed **Cylapril** review plus other diet reviews.
www.vitalhealthpartners.com/**cylapril**-review/ - Cached - Similar

**My Cylapril Review**
Nov 4, 2008 ... Sure, **Cylapril** is being heralded as a weight loss miracle... by the folks
trying to sell you the stuff. Regardless of the usual "hyped up ...
my**cylapril**.blogspot.com/ - Cached - Similar

Shopping results for **cylapril**



**Cylapril** Adrenal Weight Loss System, 90 tablets
$39.99 new - Drugstore.com
Adrenal Fatigue Institute **CYLAPRIL**, 3.9 ounces Bottle
$29.14 new - Amazon.com
Adrenal Fatigue Institute **Cylapril** Adrenal Cleansing System, 1 Kit ...
$49.79 new - Amazon.com

**Cylapril Complaints - Fraudulant credit card use**
Nov 10, 2008 ... **Cylapril** Complaints: Fraudulant credit card use. Diet Products.
www.complaintsboard.com/complaints/**cylapril**-c121627.html - Cached - Similar

**Cylapril** Complaints - No product & fraudulent credit card chgs.
Nov 17, 2008 ... **Cylapril** - Never got product & charged my credit card!!! **Cylapril** - Thieft ...
**Cylapril** - Charged for product not ordered or received ...
www.complaintsboard.com/complaints/**cylapril**-c125437.html - Cached - Similar

**Cylapril** - Is **Cylapril** the Best Fat Loss Aid? | fat burner.net
**Cylapril** a weight loss supplement that claims to help you "shed the weight and combat
adrenal fatigue burnout". **Cylapril** contains two different capsules a ...
fatburner.net/fat-burners/**cylapril**/ - Cached - Similar

Adrenal Fatigue- **cylapril**? - Healthy Cooking: Elaine Magee, RD at ...
2 posts - 1 author - Last post: Nov 17, 2008
I am wondering what {if anything} you can tell me about something called Adrenal Fatigue

**Exhibit 2.0**

http://www.google.com/search?source=ig&hl=en&rlz=&q=cylapril&aq=f&oq=&aqi=g9g-...   9/29/2009

and the drug **Cylapril**. I recently saw an info-ad on ...
boards.webmd.com/webx/.896b4f81.89ad8ab8 - Cached - Similar

**Cylapril Is The Single Solution To Multiple Problems Of Adrenal Gland**
Sep 27, 2009 ... **Cylapril** Is The Single Solution To Multiple Problems Of Adrenal Gland.
This press release informs the readers about multifaceted advantages ...
www.prlog.org/10356069-**cylapril**-is-the-single-solution-to-multiple-problems-of-adrenal-
gland.html - Cached - Similar

**Cylapril**: Adrenal Cleansing System
By effectively addressing all these symptoms The Adrenal Fatigue Institute helps people
feel better fast. This is the secret to **Cylapril's** unique success ...
www.**cylapril**.net/ - Cached - Similar

**Cylapril - natural weight loss formula at Kaboodle**
Aug 24, 2009 ... Kaboodle - Find **Cylapril** - natural weight loss formula using Kaboodle lists.
List items include **Cylapril**, **Cylapril**, etc and more.
www.kaboodle.com/**cylapril**/**cylapril**--natural-weight-loss-formula.html - Cached - Similar

Searches related to: **cylapril**

cylapril **reviews**        cylapril **ingredients**        **does** cylapril **work?**        cylapril **scam**
**adrenal fatigue**        cylapril **facts**

**1** 2 3 4 5 6 7 8 9 10        **Next**

cylapril

Search within results - Language Tools - Search Help - Dissatisfied? Help us im

Google Home - Advertising Programs - Business Solutions - Priva

**Exhibit 2.1**

# EXHIBIT 3



Exhibit 3.0

33 of 40



## How Much is Cylapril?

Cylapril comes with a free trial, but you have to pay $9.95 S&H. The free trial turns into a monthly auto-shipment that will automatically charge your credit card $54.94 per month for an additional bottle of Cylapril. Also the "free book" they give you is no longer free after day 14, they will charge you $49.95 for the book and sign you up for another auto-ship program charging you another $56.90 for another book every 30 days. This all seems a little shady to me, make sure to read the fine print. You can also buy Cylapril at some local stores.

Exhibit 3.1

34 of 40



Cylapril - Is Cylapril the Best Fat Loss Aid? | fat burner.net - Microsoft Internet Explorer provided by Broad and Cassel

File   Edit   View   Favorites   Tools   Help

Back ▾   Search   Favorites

Address   http://fatburner.net/fat-burners/c/cylapril?cpdid=CO3-vdKuSOCf-6h0&pod-hJn2Q

Links   APS RollCall 2008   APS RollCall 2008 (2)   APS RollCall 2008 (3)   PRISM   Web Size Gallery   Windows Marketplace

days. This all seems a little shady to me, make sure to read the fine print. You can also
buy Cylapril at some local stores.

**Cylapril Fraud Complaints**

Please check out these links:

**Cylapril Complaints - Fraudulant credit card use**

**Cylapril Complaints - No product & fraudulent credit card chgs**

**Consumer complaints about Adrenal Fatigue Institute**

**Cylapril Complaints - False advertisment@website**

**Cylapril Complaints - No good and ll did not order more.**

**Cylapril Conclusion**

The bottom line is Cylapril is not going to promote weight loss. If you are looking for an
adrenal supplement and are not worried about losing weight then you might want to
try Cylapril. If one of your main concerns is losing weight then I do NOT recommend
Cylapril. There is not one fat burning ingredient and Cylapril is ridiculously overpriced.
Below are fat burning supplements I highly recommend.

**3 Best Fat Burners**

Consumer's & Expert's BEST FAT BURNERS listed below are ranked on several criteria
including:

1. Fat Burning Power
2. Safety

**FAT BURNER REVIEWS**

» 3 Day Red Carpet Diet
» 7 Day Detox
» 72 Hour Diet Pill
» ABGONE
» Acai Berry Blast
» Acai Berry Detox
» Acai Berry Diet
» Acai Berry Power 500
» Acai Berry Select
» Acai Berry Ultimate
» Acai Body Flush
» Acai BurnZ
» Acai Elite
» Acai Fuel Extreme
» Acai Noni Burner
» Acai Power
» Acai Slim (AcaiSlim)
» AcaiPure
» Acomplix
» Acomplix Burn
» Acomplix Carb
» Accomplix H2O
» Adiplex
» Advanced Acai

start    Cylapril - Is Cylapril ...    2:09 PM

**Exhibit 3.2**



## Cylapril Conclusion

The bottom line is Cylapril is not going to promote weight loss. If you are looking for an adrenal supplement and are not worried about losing weight then you might want to try Cylapril. If one of your main concerns is losing weight then I do NOT recommend Cylapril. There is not one fat burning ingredient and Cylapril is ridiculously overpriced. Below are fat burning supplements I highly recommend.

Cylapril Complaints - No good and if I did not order more.

## 3 Best Fat Burners

Consumer's & Expert's BEST FAT BURNERS listed below are ranked on several criteria including:

1. Fat Burning Power
2. Safety
3. Return Policy
4. Fat Loss Speed (How quick it works)
5. Overall Value (Fat Loss/Cost)
6. Appetite Suppression
7. User Results

Apidexin contains 8 Patented Fat Loss Ingredients that are proven to deliver results - Fast! Users of the Apidexin fat burner are experiencing Jaw-Dropping Weight Loss Results. Some users of Apidexin have seen *visible results in as little as 72 hours.*

- » Acai Body Flush
- » Acai Burn2
- » Acai Elite
- » Acai Fuel Extreme
- » Acai Noni Burner
- » Acai Power
- » Acai Slim (AcaiSlim)
- » AcaiPure
- » Acomplix
- » Acomplix Burn
- » Acomplix Carb
- » Acomplix H2O
- » Adipex
- » Advanced Acai
- » All Natural Body Flush
- » All Diet Pill
- » Allure Patch
- » Aloegran
- » Amfedrine
- » Amphedrine
- » Anoretix
- » Apetrim
- » Apidexin
- » Arson by Muscle Asylum Project
- » ATRO-PHEX
- » Avesil

Exhibit 3.3

36 of 40



Cylapril - Is Cylapril the Best Fat Loss Aid? | fat burner.net - Microsoft Internet Explorer provided by Broad and Cassel

Address: http://fatburner.net/fat-burners/cylapril/?cyclid=C0Ssv0kU60CFS-Nkgod-Uxo2Q

**Apidexin contains 8 Patented Fat Loss ingredients that are proven to deliver results - Fast! Users of the Apidexin fat burner are experiencing Jaw-Dropping Weight Loss Results. Some users of Apidexin have seen *visible results in as little as 72 hours.***

**Rating:** ⭐⭐⭐⭐⭐

Not only do they see results but they are long-term results. One of my favorite things about Apidexin, since I am super frugal, is that it has a lifetime money back guarantee. If you don't lose weight you return it for a full refund!

**Are you ready to Drop 2 Sizes in 2 Weeks?**

Lowest Online Price | MSRP $99 | Best Price $25 | Apidexin Review

Fenphedra is the Strongest Weight Loss Aid / "Mood Elevator" available (without a prescription). It's the only product we reviewed that surpassed the weight loss results of the now banned Fen-Phen.

I have read 'false' reports that Fenphedra contains trace amounts of the prescription drugs Phentermine (an amphetamine which halts the hunger sensation in the brain) and Oxycodone.

Fenphedra does however give users a feeling of a "Happy" sensation which helps suppress ones

- » Apatrim
- » Apidexin
- » Arson by Muscle
- » Asylum Project
- » ATRO-PHEX
- » Avesil
- » Awe Slim
- » Banitrim
- » BetaStax
- » BikiniFast
- » Blue Print Cleanse
- » Bodytrim
- » Bromalite
- » Burn Fat - 6 Simple Tips
- » Burn The Fat Feed The Muscle
- » CalmSlim
- » Calogel
- » Caltrap
- » CarboExpel
- » Celerite
- » Century Systems The Cleaner
- » Cleansonix
- » Clinicallix
- » CliniTrim
- » Coco Trim (CocoTrim)
- » ColoFlush



Cylapril - Is Cylapril the Best Fat Loss Aid? : fat burner .net - Microsoft Internet Explorer provided by Brad and Cassel

File   Edit   View   Favorites   Tools   Help

Back • 🔾 - 🗷 🗷 🏠 | 🔎 Search ☆ Favorites 🚱 | 🔗 • 🖨 🖅 •

Address 🕮 http://fatburner.net/fat-burners/cylapril/?pcide-CO2ovo&src=s9qpoi=Lb2Q

Links 🕮 APS RollCall 2008   🕮 APS RollCall 2008 (2)   🕮 APS RollCall 2008 (3)   🕮 PRISM   🕮 Web Size Gallery   🛝 Windows Marketplace

Fenphedra is the Strongest Weight Loss Aid / "Mood Elevator" available (without a prescription). It's the only product we reviewed that surpassed the weight loss results of the now banned Fen-Phen.

I have read 'false' reports that Fenphedra contains trace amounts of the prescription drugs Phentermine (an amphetamine which halts the hunger sensation in the brain) and Oxycodone.

Fenphedra does however give users a feeling of a "Happy" sensation which helps suppress ones appetite, increases your feeling of well being and decrease stress. Fenphedra is definately the diet pill of choice for those seeking extraordinary results. If you are ready to Flatten Your Belly - then Fenphedra is your fat burner!

Rating: ★★★★★

Approved Ingredients

Lowest Online Price | MSRP $179 | Best Price $67 | Fenphedra Review

DecaSlim has moved up in our rankings as one of this years best fat burners. Why? DecaSlim has established an amazing history of helping people lose weight safely and quickly. On top of that, they have the best support line and an amazing money-back guarantee.

* CalmSlim
* Calogel
* Caltrap
* CarboExpel
* Celerite
* Century Systems The Cleaner
* Cleansonix
* Cliniallix
* ClinTrim
* Coco Trim (CocoTrim)
* Coldflush
* Collagenix
* Colon Flow
* Colon xR
* Colon700
* Colonetix
* Colonoxy
* Colotrim
* Control ACS
* CST Boost
* Curvelle
* Cylapril
* Cytoblam V2
* DecaSLIM
* Deep Diet Pill
* Detoxykall
* Dexatrim

🏁 start    🕮 Cylapril - Is Cylapril t...    🕮 Cylapril - Is Cylapril t...    2:18 PM

🕮 Done    ● Internet



Exhibit 3.6

39 of 40

FILED by ____ D.C.

ELECTRONIC

**09-81458-Civ-MARRA/JOHNSON**

Sept. 30, 2009

*JS 44 (Rev. 2/08)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Ca**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### I. (a) PLAINTIFFS

Nutramedics, Inc., a Florida corporation d/b/a Adrenal Fatigue Institute, Inc.,

**(b)** County of Residence of First Listed Plaintiff   Palm Beach County
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Adam G. Rabinowitz, Esq.          954-764-7060
Broad and Cassel
100 SE 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394

### DEFENDANTS

Blackstone Nutrition, Inc., a Utah corporation, DeVore Consulting, Inc., a Utah corporation, Garrett DeVore, and Stephen B. DeVore,

County of Residence of First Listed Defendant    Utah County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys (If Known)

09cv 81458-KAM/LRJ

**(d) Check County Where Action Arose:** ☐ MIAMI- DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☑ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☑ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Re-filed- (see VI below)   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S)

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO          b) Related Cases ☐ YES ☑ NO

JUDGE                                DOCKET NUMBER

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via  4  days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23        DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
September 30, 2009

FOR OFFICE USE ONLY
AMOUNT 350.00   RECEIPT # 547678   IFP

40 of 40